UST-32, 3-03

CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ 85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| MARTIN, JOHNNY JOE | ) | CASE NO. 05-25056-PHX-GBN |
| MARTIN, KELLY ELAINE | ) | |
| | ) | |
| | ) | AMENDED APPLICATION FOR ORDER |
| Debtor(s) | ) | FOR PAYMENT OF UNCLAIMED |
| | ) | FUNDS TO US BANKRUPTCY COURT |

     CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 302 | 5/5/08 | MARTIN, JOHNNY AND KELLY<br>17419 N. 28TH ST, #2, PHX, AZ 85032 | $577.50 |

| *April 20, 2010* | */s/ Constantino Flores* |
|---|---|
| DATE | Constantino Flores, Trustee |